BEFORE THE BOARD OF SUPERVISORS OF PANOLA COUNTY, MISSISSIPPI
AND BEFORE THE PANOLA COUNTY, MISSISSIPPI SHERIFF'S DEPARTMENT

---

NOTICE OF CLAIM OF DORETHIA LARK AND SHARON NORWOOD,
ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF
CHARLES WILLIE LARK, III, DECEASED

---

Pursuant to Miss. Code Ann. § 11-46-11, et seq., notice is hereby given for a claim for wrongful death damages for Charles Lark III on behalf of wrongful death beneficiary, Charles Lark, IV, and next friends, Sharon Norwood and Dorethia Lark under the Wrongful Death Statute.

### NATURE OF CLAIM

This is a claim to recover damages for the gross negligence of Panola County, Mississippi deputies showing reckless disregard for the value of human life.

### STATEMENT OF THE FCTS AND CIRCUMSTANCES WHICH CAUSED THE INJURY

Charles Willie Lark, III (hereinafter "Mr. Lark") was arrested on April 5, 2013, relating to an incident that occurred on March 30, 2013. Law officers believed that Mr. Lark jumped out of a car and ran from them. Mr. Lark was out on bail for a previous charge relating to the possession or sale of marijuana. Mr. Lark was held in the Panola County Jail from April 5 through April 7, 2013, in a "holding" area, and was not allowed to see or talk with anyone during this time. Additionally, Mr. Lark was never brought before a judge.

On April 8, 2013, Mr. Lark was taken out of the holding area and was allowed to call his mother, Dorethia Lark. He told his mother he was having difficulty with his eye sight because the holding area was dark and that he was having "strange dreams."

00256983.WPD



EXHIBIT A

On April 9, 2013, Mr. Lark's sisters and Sharon Norwood, Mr. Lark's girlfriend and mother of his son, were allowed to visit with him for fifteen (15) minutes each.

On April 10, 2013, Sharon Norwood went to the jail. While she was there, a physician, Dr. William Haire, was also at the jail. Ms. Norwood was informed by Mr. Bobby Meek, the jail administrator, that Mr. Lark was being seen by Dr. William Haire. Mr. Meek later informed Ms. Norwood that Mr. Lark was "hollering out" and "doing crazy stuff."

Additionally, on April 10, 2013, Mr. Meek called Mr. Lark's mother and told her that her son was not "looking good," that he was "sweating," and "looking strange," and asked if Mr. Lark were on drugs. Mrs. Lark told Mr. Meek that her son was not on drugs, but did suffer from seizures. Mr. Meek said Mr. Lark was not having a seizure, but was having symptoms similar to someone going through "detox."

Mrs. Lark retained Mr. Thomas Defer as her son's attorney.

On April 11, 2013, Mrs. Lark was informed that her son was "walking back and forth, being loud and talking out of his head." Mrs. Lark called the jail several times on April 11, 2013, and on the morning of April 12, 2013, seeking information about her son, but was unable to learn anything. She was told that Dr. Haire had given Mr. Lark medication on the previous day, but she does not know what kind of medicine it was, nor if Mr. Lark took any of the medication prescribed.

On April 12, 2013, Mrs. Lark received a telephone call from Mr. Meek saying that her son had died, and that he believed Mr. Lark had suffered a heart attack.

## EXTENT OF THE INJURY

The injury includes mental anxiety and loss of companionship, loss of enjoyment of life and all damages specified by the Mississippi Wrongful Death Statute.

## TIME AND PLACE INJURY OCCURRED

The injury occurred on April 12, 2013, at the Panola County Jail located at 200 Broadway Street, Batesville, Mississippi. The time of Mr. Lark's death was approximately 1:00 p.m.

## PERSONS KNOWN TO BE INVOLVED

The following persons are believed to have relevant knowledge concerning this incident:

1. Dennis L. Darby, Panola County Sheriff, 662-563-6230.
2. Dorethia Lark, 707 West Pearl Extended, Sardis, MS, 662-487-0109.
3. Sharon Norwood, 309 Percyville Street, Sardis, MS, 662-487-7404.
4. Bobby Meek, Panola County Jail Administrator, 662-563-6230.
5. Thomas Defer, attorney, 111 Calhoun Street, Water Valley, MS, 662-473-0902.
6. Harry Joe Hentz, Panola County Jailer, 662-563-6230.
7. Carolyn Boothe, 662-604-0197.
8. Neisha Webb, Bail Bondsman, 662-934-9298.
9. Cedrice Oliver, 300 Greenhill Circle, Sardis, MS, 901-356-0248.
10. Jackie Porter, Sardis, MS, 901-410-6013.
11. Cordaro Orr, 422 Frederick Street, Sardis, MS, 662-487-3373.
12. David Crosswhite, Panola County Jailer, 662-563-6230.
13. Gracie Grant-Gulledge, Panola County Coroner, 662-561-7033.
14. Dr. William Calvin Haire, Jr., 107-A Eureka Street, Batesville, MS, 662-563-4641.
15. Joanna Patterson (address unknown).

## TOTAL AMOUNT OF DAMAGES SOUGHT

Claimants seek damages in the amount of $500,000.

## RESIDENCE OF CLAIMANTS AT THE TIME OF THE INJURY AND AT THE TIME OF FILING THE NOTICE

Claimant, Dorethia Lark, at the time of Mr. Lark's death and presently, resides at 707 West Pearl Extended, Sardis, MS 38666.

Claimant, Sharon Norwood, at the time of Mr. Lark's death and presently, resides at 309 Percyville Street, Sardis, MS 38666.

This notice is brought by Dorethia Lark, mother of Charles Willie Lark III, deceased and Sharon Norwood, mother of Charles Lark IV, son of Charles Willie Lark III, deceased.

This the  10  day of   July   , 2013.

> Respectfully submitted,
>
> WAIDE & ASSOCIATES, P.A.
>
> BY: _____
> JIM WAIDE
> MS BAR NO. 6857

WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MS 38802
662-842-7324 (TELEPHONE)
662-842-8056 (FACSIMILE)
email: waide@waidelaw.com

Attorneys for Claimants

# WAIDE & ASSOCIATES, P.A.
## ATTORNEYS AND COUNSELORS AT LAW

JIM WAIDE
RON L. WOODRUFF
RACHEL PIERCE WAIDE

MAILING ADDRESS:
POST OFFICE BOX 1357
TUPELO, MISSISSIPPI 38802-1357

STREET ADDRESS:
332 NORTH SPRING STREET
TUPELO, MISSISSIPPI 38804-1357

TELEPHONE: 662/842-7324
FACSIMILE: 662/842-8056
EMAIL: waide@waidelaw.com

July 10, 2013
VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Jim Pitcock
Panola County Chancery Clerk
Panola County Board of Supervisors
151 Public Square, Suite B
Batesville, MS 38606

Mr. Dennis L. Darby
Panola County Sheriff
P O Box 273
Batesville, MS 38606

RE: Notice of Claim of Dorethia Lark, wrongful death beneficiary of Charles Willie Lark, III, deceased

Dear Mr. Pitcock, Board of Supervisors and Sheriff Darby:

Please find enclosed herein a Notice of Claim of Dorethia Lark, on behalf of Charles Willie Lark, III, deceased. I would appreciate prompt action on this claim.

With kindest regards, I am

Sincerely yours,

Jim Waide

JIM WAIDE

JDW/pbn
Enclosure
cc: Dorethia Lark

00256983.WPD